Decided May 17, 2005

## ANIMAL RIGHTS FRONT, INC. *v.* REJEAN JACQUES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 88 Conn. App. 358 (AC 25006), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Derek V. Oatis* and *Kathleen Eldergill,* in support of the petition.

*Lewis K. Wise, David F. Sherwood* and *Duncan J. Forsyth,* in opposition.

Decided May 17, 2005